Opinion issued September 2,
2010

 

 

 

 

 

 

 




 
 
 
 
 
 
 




 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-10-00666-CR

____________

 

IN RE DONNY JOEL HARVEY, Relator

 



 

Original Proceeding on Petition for Writ of Mandamus

 



 

MEMORANDUM OPINION

Relator Donny Joel Harvey filed a petition for a writ of mandamus requesting
that this Court order the trial court to delete an allegedly illegal cumulation
order in his 1983 conviction for escape.[1]

 

We deny the petition for a writ of mandamus.

PER CURIAM

Panel consists of Justices
Keyes, Hanks, and Higley.

 

Do not publish.  Tex. R. App. P. 47.2(b).











[1]        The
respondent in this case is the Honorable Ben Hardin of the 23rd District Court
of Brazoria County, Texas.  Relator was
found guilty of the offense of escape in State
v. Donny Joel Harvey, No. 14,130 in the 23rd District Court of Brazoria
County.